IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Marlin A. Tisdale,** | : |
| **Plaintiff,** | : Case No. 2:16-cv-0346 |
| v. | : JUDGE ALGENON L. MARBLEY |
| **Commissioner of Social Security,** | : Magistrate Judge Vascura |
| **Defendant.** | : |

## OPINION & ORDER

On April 4, 2017, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 18), recommending, for the reasons stated therein, that the Plaintiff's statement of errors be sustained to the extent that this case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on April 18, 2017, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. For the reasons stated in the Report and recommendation, this case is hereby **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

IT IS SO ORDERED.

                                                  _s/ Algenon L. Marbley_
                                                  **ALGENON L. MARBLEY**
                                                  **UNITED STATES DISTRICT JUDGE**

**DATED: September 14, 2017**